**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: January 30, 2019**

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| In re: JOHN BLAINE STONER,<br><br>*Debtor* | Case No. 18-30213<br><br>Judge Humphrey<br>Chapter 7 |

**Order Denying Objection of MidUSA Credit Union Inc. to the Chapter 7 Trustee's Notice of Final Report and Application for Compensation**

  This matter is before the court on the *Objection of MidUSA Credit Union Inc. to Trustee's Notice of Final Report and Application for Compensation* (doc. 42) and the *Response of Trustee to MidUSA Credit Union Inc's Objection to Notice of Final Report and Application for Compensation* (doc. 43) (the "Contested Matter").

  Pursuant to a prior Order (doc. 44) the court held a status conference on January 29, 2019, participated in by Vincent Lewis, counsel for Creditor MidUSA Credit Union Inc., and John G. Jansing, the Chapter 7 Trustee.

  In accordance with the court's oral decision announced at the conclusion of the status conference and consistent with the provision in the court's prior order (doc. 44) that

"the court . . . may rule on any relief sought during the status conference," the *Objection of MidUSA Credit Union Inc. to Trustee's Notice of Final Report and Application for Compensation* (doc. 42) is **denied**.

   **IT IS SO ORDERED.**

Copies to:

Default List

Stephen D. Miles (Counsel for MidUSA Credit Union Inc.)