**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: January 31, 2019**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | |
|---|---|
| In the matter of | |
| JOHN BLAINE STONE | CASE NO. 18-30213<br>(CHAPTER 7)<br>(JUDGE HUMPHREY) |
| Debtor | |

### ORDER FOR PAYMENT OF COMPENSATION AND EXPENSES

**(Related Doc. #39)**

    The Court, in the absence of any objections, having considered the applications for final compensation and expenses, and the Clerk having enumerated the miscellaneous fees owed pursuant to 28 U.S.C. Sec. 1930(b):

    **IT IS HEREBY ORDERED** that the following compensation and expenses shall be paid by the trustee from the estate:

| NAME | DESCRIPTION | AMOUNT |
|---|---|---:|
| John G. Jansing, Trustee | Fees | $1,700.35 |
| John G. Jansing, Trustee | Expenses | $201.13 |

**IT IS SO ORDERED**.

Copies to: Default List