**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 3:18-BK-30213 |
| | § | |
| JOHN BLAINE STONER | § | |
| | § | |
| | § | Judge Humphrey |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

John G. Jansing, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | | |
|---|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $97,107.50 | | Assets Exempt: | $4,725.00 |
| Total Distributions to Claimants: | $7,557.76 | | Claims Discharged Without Payment: | $849,423.61 |
| Total Expenses of Administration: | $1,945.73 | | | |

3)      Total gross receipts of $9,503.49  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $9,503.49 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $111,306.29 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,945.73 | $1,945.73 | $1,945.73 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $823,827.25 | $399,417.79 | $399,417.79 | $7,557.76 |
| **Total Disbursements** | $935,133.54 | $401,363.52 | $401,363.52 | $9,503.49 |

4).  This case was originally filed under chapter 7 on 01/24/2018.  The case was pending for 12 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2019                    By:    /s/ John G. Jansing
                                                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Federal and State Income Tax Refunds Federal | 1129-000 | $9,503.49 |
| **TOTAL GROSS RECEIPTS** | | $9,503.49 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Greenville National Bank | 4110-000 | $608.00 | $0.00 | $0.00 | $0.00 |
| | Midusa Credit Union, Inc. | 4110-000 | $47,698.29 | $0.00 | $0.00 | $0.00 |
| | James C. Wagner & Stacy R. Carroll | 4110-000 | $63,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $111,306.29 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John G. Jansing, Trustee | 2100-000 | NA | $1,700.35 | $1,700.35 | $1,700.35 |
| John G. Jansing, Trustee | 2200-000 | NA | $201.13 | $201.13 | $201.13 |
| Pinnacle Bank | 2600-000 | NA | $44.25 | $44.25 | $44.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,945.73 | $1,945.73 | $1,945.73 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | William Fanslow | 7100-000 | $138,000.00 | $138,000.00 | $138,000.00 | $2,702.01 |
| 2 | Village of Plain City, Ohio | 7100-000 | $110,000.00 | $162,922.16 | $162,922.16 | $3,189.96 |
| 3 | SLM BANK c/o | 7100-000 | $2,085.25 | $1,839.87 | $1,839.87 | $36.02 |
| 4 | Discover Bank | 7100-000 | $7,657.00 | $7,654.27 | $7,654.27 | $149.87 |
| 5 | Jerry Faine & Kris Faine | 7100-000 | $46,000.00 | $46,000.00 | $46,000.00 | $900.67 |
| 6 | Capital One Bank USA NA | 7100-000 | $5,502.00 | $5,546.78 | $5,546.78 | $108.60 |
| 7 | Navient Solutions, LLC | 7100-000 | $2,942.42 | $1,770.36 | $1,770.36 | $34.66 |
| 8 | U.S. Bank National Association | 7100-000 | $1,055.00 | $977.76 | $977.76 | $19.14 |
| 9 | U.S. Bank National Association | 7100-000 | $0.00 | $4,741.17 | $4,741.17 | $92.83 |
| 10 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $1,065.00 | $1,159.60 | $1,159.60 | $22.70 |
| 11 | American Express National Bank | 7100-000 | $6,427.00 | $3,586.17 | $3,586.17 | $70.22 |
| 12 | Synchrony Bank | 7100-000 | $1,143.00 | $1,231.90 | $1,231.90 | $24.12 |
| 13 | PYOD, LLC its successors and assigns as assignee o | 7100-000 | $8,650.00 | $9,138.43 | $9,138.43 | $178.93 |
| 14 | U.S. Bank National Association | 7100-000 | $0.00 | $1,431.81 | $1,431.81 | $28.03 |
| 15 | Mid USA Credit Union | 7200-000 | $23,000.00 | $8,677.08 | $8,677.08 | $0.00 |
| 16 | Mid USA Credit Union | 7200-000 | $12,737.00 | $4,740.43 | $4,740.43 | $0.00 |
|  | Hemms Glass Shop | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
|  | Target Card Services | 7100-000 | $6,427.00 | $0.00 | $0.00 | $0.00 |
|  | American Arbitration Association | 7100-000 | $6,246.50 | $0.00 | $0.00 | $0.00 |
|  | BankAmericard | 7100-000 | $20,536.00 | $0.00 | $0.00 | $0.00 |
|  | Bedrock Legal, Raggio & | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Assoc,PLLC | | | | | |
| Borkholder Building & Supply | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bryce Hill | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| Capital One Commercial | 7100-000 | $37.40 | $0.00 | $0.00 | $0.00 |
| Erin Wilson | 7100-000 | $40,875.12 | $0.00 | $0.00 | $0.00 |
| Ernst Concrete | 7100-000 | $30,000.00 | $0.00 | $0.00 | $0.00 |
| Fateh Property LLC | 7100-000 | $225,500.00 | $0.00 | $0.00 | $0.00 |
| Julie Tumeo | 7100-000 | $22,000.00 | $0.00 | $0.00 | $0.00 |
| Ohio Ready Mix | 7100-000 | $15,000.00 | $0.00 | $0.00 | $0.00 |
| Ron Rockenbaugh | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sallie Mae | 7100-000 | $17,566.44 | $0.00 | $0.00 | $0.00 |
| Seton General Contracting | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Site & Pipe LLC | 7100-000 | $27,000.00 | $0.00 | $0.00 | $0.00 |
| Troy Saylor | 7100-000 | $40,875.12 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $823,827.25 | $399,417.79 | $399,417.79 | $7,557.76 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  1          Exhibit 8

| Case No.: | 18-30213 | Trustee Name: | John G. Jansing |
| Case Name: | STONER, JOHN BLAINE | Date Filed (f) or Converted (c): | 01/24/2018 (f) |
| For the Period Ending: | 4/7/2019 | §341(a) Meeting Date: | 03/23/2018 |
| | | Claims Bar Date: | 09/10/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   733 S. Limestone St.  Springfield, OH - 45505-0000  Clark County | $32,500.00 | $0.00 | | $0.00 | FA |
| 2   2008 Ford F 150 Pickup Truck  Mileage: 169000 | $8,298.00 | $0.00 | OA | $0.00 | FA |
| 3   2014 Ford E 350 Passenger van Mileage: 54000 | $22,000.00 | $0.00 | OA | $0.00 | FA |
| 4   2001 Palamino camper | $2,200.00 | $0.00 | | $0.00 | FA |
| 5   1991 Jayco Popup Camper | $1,475.00 | $0.00 | | $0.00 | FA |
| 6   Usual Houshold goods and furnishings , no single item over $200.00 | $200.00 | $0.00 | | $0.00 | FA |
| 7   Used Computer | $200.00 | $0.00 | | $0.00 | FA |
| 8   Used Golf Clubs | $150.00 | $0.00 | | $0.00 | FA |
| 9   Usual Closing and accessories no single item over $200.00 | $200.00 | $0.00 | | $0.00 | FA |
| 10   Wedding Ring | $100.00 | $0.00 | | $0.00 | FA |
| 11   Cash | $20.00 | $0.00 | | $0.00 | FA |
| 12   Checking Wright Patt Credit Union | $380.00 | $0.00 | | $0.00 | FA |
| 13   Wright Patt Credit Union | $2.50 | $0.00 | | $0.00 | FA |
| 14   Blaine Builders, LLC  100 % | $0.00 | $0.00 | | $0.00 | FA |
| 15   Pension Ohio State Teachers Retirement Pension | Unknown | $0.00 | | $0.00 | FA |
| 16   Roth IRA Amundi Pioneer | $425.00 | $0.00 | | $0.00 | FA |
| 17   Rental Security deposit Landlord Security Deposit--Mary Freyhoff | $850.00 | $0.00 | | $0.00 | FA |
| 18   Federal and State Income Tax Refunds Federal | $0.00 | $9,503.49 | | $9,503.49 | FA |
| 19   Claim against Matt Taylor for monies paid and work not completed | Unknown | Unknown | | $0.00 | FA |
| 20   Ozark National Life Insurance Company Lisa R. Stoner | $6,943.00 | $0.00 | | $0.00 | FA |
| 21   Blaine Builders, LLC has a pending Lawsuit against Taylor Group of Ohio, Inc. and Matt Taylor for contract damages and fraud. See Details in Statement of Affairs. | Unknown | Unknown | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2          Exhibit 8

| Case No.: | 18-30213 | Trustee Name: | John G. Jansing |
| Case Name: | STONER, JOHN BLAINE | Date Filed (f) or Converted (c): | 01/24/2018 (f) |
| For the Period Ending: | 4/7/2019 | §341(a) Meeting Date: | 03/23/2018 |
| | | Claims Bar Date: | 09/10/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22 | Blaine Builders, LLC. has a checking account at Wright Patt Credit Union, with an approximate balance of $24,000.00 and a checking account at Mid USA Credit Union with an approximate balance of $89.00 | $24,089.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                       **Gross Value of Remaining Assets**

|  | $100,032.50 | $9,503.49 | | $9,503.49 | $0.00 |

**Major Activities affecting case closing:**

09/22/2018    Claims bar date ran on9/10/18.  Trustee to review claims and prepare TFR/NFR.

06/10/2018    Investigating whether claims against Matt Taylor and Taylor Group of Ohio Inc have any value and are worth pursuing.  All non-exempt tax refund monies have been paid to the bankruptcy estate by Debtor.  Requested clerk to notice assets and set a claims bar date.  Waiting for bar date to run.

Initial Projected Date Of Final Report (TFR):    10/31/2018          Current Projected Date Of Final Report (TFR):          /s/ JOHN G. JANSING

JOHN G. JANSING

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-30213 | | | Trustee Name: | John G. Jansing |
| Case Name: | STONER, JOHN BLAINE | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8278 | | | Checking Acct #: | ******0363 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/24/2018 | | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 4/7/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/04/2018 | (18) | John B. Stoner | Lump sum payment by Debtor of non-exempt portion of 2017 federal and state tax refunds. | 1129-000 | $9,503.49 | | $9,503.49 |
| 06/29/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $13.65 | $9,489.84 |
| 07/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $15.31 | $9,474.53 |
| 08/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $15.29 | $9,459.24 |
| 01/31/2019 | 2001 | John G. Jansing | Trustee Compensation | 2100-000 | | $1,700.35 | $7,758.89 |
| 01/31/2019 | 2002 | John G. Jansing | Trustee Expenses | 2200-000 | | $201.13 | $7,557.76 |
| 01/31/2019 | 2003 | William Fanslow | Claim #: 1; Amount Allowed: 138,000.00; | 7100-000 | | $2,702.01 | $4,855.75 |
| 01/31/2019 | 2004 | Village of Plain City, Ohio | Claim #: 2; Amount Allowed: 162,922.16; | 7100-000 | | $3,189.96 | $1,665.79 |
| 01/31/2019 | 2005 | SLM BANK c/o | Claim #: 3; Amount Allowed: 1,839.87; | 7100-000 | | $36.02 | $1,629.77 |
| 01/31/2019 | 2006 | Discover Bank | Claim #: 4; Amount Allowed: 7,654.27; | 7100-000 | | $149.87 | $1,479.90 |
| 01/31/2019 | 2007 | Jerry Faine & Kris Faine | Claim #: 5; Amount Allowed: 46,000.00; | 7100-000 | | $900.67 | $579.23 |
| 01/31/2019 | 2008 | Capital One Bank USA NA | Claim #: 6; Amount Allowed: 5,546.78; | 7100-000 | | $108.60 | $470.63 |
| 01/31/2019 | 2009 | Navient Solutions, LLC | Claim #: 7; Amount Allowed: 1,770.36; | 7100-000 | | $34.66 | $435.97 |
| 01/31/2019 | 2010 | U.S. Bank National Association | Claim #: 8; Amount Allowed: 977.76; | 7100-000 | | $19.14 | $416.83 |
| 01/31/2019 | 2011 | U.S. Bank National Association | Claim #: 9; Amount Allowed: 4,741.17; | 7100-000 | | $92.83 | $324.00 |
| 01/31/2019 | 2012 | PYOD, LLC its successors and assigns as assignee | Claim #: 10; Amount Allowed: 1,159.60; | 7100-000 | | $22.70 | $301.30 |
| 01/31/2019 | 2013 | American Express National Bank | Claim #: 11; Amount Allowed: 3,586.17; | 7100-000 | | $70.22 | $231.08 |
| 01/31/2019 | 2014 | Synchrony Bank | Claim #: 12; Amount Allowed: 1,231.90; | 7100-000 | | $24.12 | $206.96 |
| 01/31/2019 | 2015 | PYOD, LLC its successors and assigns as assignee o | Claim #: 13; Amount Allowed: 9,138.43; | 7100-000 | | $178.93 | $28.03 |
| 01/31/2019 | 2016 | U.S. Bank National Association | Claim #: 14; Amount Allowed: 1,431.81; | 7100-000 | | $28.03 | $0.00 |

| | | | | SUBTOTALS | $9,503.49 | $9,503.49 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-30213 | | Trustee Name: | John G. Jansing |
|---|---|---|---|---|
| Case Name: | STONER, JOHN BLAINE | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8278 | | Checking Acct #: | ******0363 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/24/2018 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 4/7/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 Deposit $ | 6 Disbursement $ | 7 Balance |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | | | |
| | | | **TOTALS:** | | $9,503.49 | $9,503.49 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $9,503.49 | $9,503.49 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $9,503.49 | $9,503.49 | |

**For the period of  1/24/2018 to 4/7/2019**

| | |
|---|---|
| Total Compensable Receipts: | $9,503.49 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,503.49 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,503.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $9,503.49 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 06/04/2018 to 4/7/2019**

| | |
|---|---|
| Total Compensable Receipts: | $9,503.49 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,503.49 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,503.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $9,503.49 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 18-30213 |
| **Case Name:** | STONER, JOHN BLAINE |
| **Primary Taxpayer ID #:** | **-***8278 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 1/24/2018 |
| **For Period Ending:** | 4/7/2019 |

| | |
|---|---|
| **Trustee Name:** | John G. Jansing |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0363 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $9,503.49 | $9,503.49 | $0.00 |

**For the period of 1/24/2018 to 4/7/2019**

| | |
|---|---|
| Total Compensable Receipts: | $9,503.49 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,503.49 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $9,503.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,503.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/24/2018 to 4/7/2019**

| | |
|---|---|
| Total Compensable Receipts: | $9,503.49 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,503.49 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $9,503.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,503.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHN G. JANSING

JOHN G. JANSING